Frank W. Volk
Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-bk-32450 (EDVA)** **MAIN CASE** |
| **PATRIOT COAL CORPORATION, ET AL.,** | **CHAPTER 11** |
| **Debtors.** | **JUDGE KEITH L. PHILLIPS** |
| **IN RE:** | **CASE NO. 15-bk-32462 (EDVA)** |
| **SPEED MINING, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| JOHN BOLON, | ADVERSARY PROCEEDING NO. 2:16-ap-02008 |
| Plaintiff, | LEAD ACTION |
| v. | |
| BLACKHAWK MINING, LLC, SPEED MINING, LLC, DALE SMITH, SHAWN ENDICOTT, and DEBRA VAUGHN, | |
| Defendants. | JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| SPEED MINING, LLC, | |
| Third-Party Defendant. | |

| BLACKHAWK MINING, LLC,<br><br>                  Counter-Claimant,<br>v.<br><br>SPEED MINING, LLC,<br><br>                  Counter-Defendant. | |
| --- | --- |

| IN RE:<br><br>**SPEED MINING, LLC,**<br><br><br>                  **Debtor.** | **CASE NO. 15-bk-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| --- | --- |
| STEVEN SMITH,<br><br>                  Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>SHAWN ENDICOTT, and<br>DEBRA VAUGHN,<br><br>                  Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02009<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>                  Third-Party Plaintiff,<br>v.<br><br>SPEED MINING, LLC,<br><br>                  Third-Party Defendant. | |

2

| | |
|---|---|
| BLACKHAWK MINING, LLC,<br><br>                    Counter-Claimant,<br>v.<br><br>SPEED MINING, LLC,<br><br>                    Counter-Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>                    **Debtor.** | **CASE NO. 15-bk-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| ARTHUR E. ADKINS,<br><br>                    Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>SHAWN ENDICOTT, and<br>DEBRA VAUGHN<br><br>                    Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02011<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>                    Third-Party Plaintiff,<br>v.<br><br>SPEED MINING, LLC,<br><br>                    Third-Party Defendant. | |

| BLACKHAWK MINING, LLC,<br><br>                    Counter-Claimant<br>v.<br><br>SPEED MINING, LLC,<br><br>                    Counter-Defendant. | |

<br>

| IN RE: | **CASE NO. 15-bk-32460 (EDVA)** |
| --- | --- |
| **APPALACHIA MINE SERVICES, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| JACKIE EARL TERHERST,<br><br>                    Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>APPALACHIA MINE SERVICES, LLC,<br>COLIN MILAM,<br>BOBBY STOVER, and<br>GREG DOTSON<br><br>                    Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02012<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>                    Third-Party Plaintiff,<br>v.<br><br>APPALACHIA MINE SERVICES, LLC,<br><br>                    Third-Party Defendant. | |

| BLACKHAWK MINING, LLC, | |
|---|---|
| Counter-Claimant, v. | |
| APPALACHIA MINE SERVICES, LLC, | |
| Counter-Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-bk-32462 (EDVA)** |
| **SPEED MINING, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| JACK SIZEMORE,<br><br>Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>JOE PRICE,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC<br><br>Defendants. | ADVERSARY PROCEEDING NO. 2:16-ap-02016<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC, and<br>PANTHER CREEK MINING, LLC,<br><br>Third-Party Plaintiffs,<br>v.<br><br>SPEED MINING, LLC,<br><br>Third-Party Defendant. | |

| BLACKHAWK MINING, LLC,  <br><br>         Cross-Claimant,<br>v.<br><br>SPEED MINING, LLC<br><br>         Cross-Defendant. | |
|---|---|

| **IN RE:** | **CASE NO. 15-bk-32462 (EDVA)** |
|---|---|
| **SPEED MINING, LLC,** | **CHAPTER 11** |
|         **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| REX SMITH,<br><br>        Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>JOE PRICE,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC,<br><br>        Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02017<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC, and<br>PANTHER CREEK MINING, LLC,<br><br>        Third-Party Plaintiffs,<br>v.<br><br>SPEED MINING, LLC,<br><br>        Third-Party Defendant. | |

| BLACKHAWK MINING, LLC, <br><br>          Cross-Claimant,<br>v.<br><br>SPEED MINING, LLC,<br><br>          Cross-Defendant. | |

| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>          **Debtor.** | **CASE NO. 15-bk-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| --- | --- |
| JOHN FOX,<br><br>          Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC,<br><br>          Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02018<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>          Cross-Claimant,<br>v.<br><br>SPEED MINING, LLC,<br><br>          Cross Defendant. | |

| | |
|---|---|
| BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br><br>          Third-Party Plaintiffs,<br>v.<br><br>SPEED MINING, LLC,<br><br>          Third-Party Defendants. | |

| | |
|---|---|
| **IN RE:**<br><br>**WILDCAT ENERGY, LLC,**<br><br><br>          **Debtor.** | **CASE NO. 15-bk-32465 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| DENNIS BARKER,<br><br>          Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>WILDCAT ENERGY, LLC,<br>JAMES BUCKNER,<br>MARK GEORGE, and<br>PANTHER CREEK MINING, LLC,<br><br>          Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02020<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>          Third-Party Plaintiff,<br>v.<br><br>WILDCAT ENERGY, LLC,<br><br>          Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-bk-32484 (EDVA)** |
| **EASTERN ASSOCIATED COAL, LLC,** | **CHAPTER 11** |
| Debtor. | **JUDGE KEITH L. PHILLIPS** |
| BARRY BROWN,<br><br>Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>EASTERN ASSOCIATED COAL, LLC,<br>COLIN MILAM, and<br>GREG DOTSON,<br><br>Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02021<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>Third-Party Plaintiff,<br>v.<br><br>EASTERN ASSOCIATED COAL, LLC,<br><br>Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><div align="center">**Debtor.**</div> | **CASE NO. 15-bk-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br>**JUDGE KEITH L. PHILLIPS** |
| DAVID DOWNEY,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC,<br><br><div align="center">Defendants.</div> | ADVERSARY PROCEEDING NO.<br>2:16-ap-02022<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br><div align="center">Third-Party Plaintiff,</div><br>v.<br><br>SPEED MINING, LLC,<br><br><div align="center">Third-Party Defendant.</div> | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>                    **Debtor.** | **CASE NO. 15-bk-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| JAMES OILER,<br><br>                    Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>SHAWN ENDICOTT,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC,<br><br>                    Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02023<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| PANTHER CREEK MINING, LLC,<br><br>                    Third-Party Plaintiff,<br>v.<br><br>SPEED MINING, LLC,<br><br>                    Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**WILDCAT ENERGY, LLC,**<br><br><br>      **Debtor.** | **CASE NO. 15-bk-32465 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| BRENDA TEDDER,<br><br>      Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>WILDCAT ENERGY, LLC,<br>KEVIN BAKER,<br>WAYNE ELKINS, and<br>MARK GEORGE,<br><br>      Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02024<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>      Third-Party Plaintiff,<br>v.<br><br>WILDCAT ENERGY, LLC,<br><br>      Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-32462 (EDVA)** |
| **SPEED MINING, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| FORREST WILLIAMS,<br><br>                    Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>DALE SMITH,<br>SHAWN ENDICOTT,<br>DEBRA VAUGHN, and<br>PANTHER CREEK MINING, LLC,<br><br>                    Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02025<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC, and<br>PANTHER CREEK MINING, LLC,<br><br>            Third-Party Plaintiffs,<br><br>v.<br><br>SPEED MINING, LLC,<br><br>            Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-32465 (EDVA)** |
| **WILDCAT ENERGY, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| PAUL ESTEP,<br><br>                     Plaintiff,<br><br>v.<br><br>JOHN DOE LLC,<br>JAMES BUCKNER,<br>JERRY PRICE,<br>MARK GEORGE, and<br>BLACKHAWK MINING, LLC,<br><br>                     Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02028<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>          Third-Party Plaintiff,<br><br>v.<br><br>WILDCAT ENERGY, LLC,<br><br>          Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-32493 (EDVA)** |
| **GATEWAY EAGLE COAL COMPANY, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| HAROLD WOODS,<br><br>                    Plaintiff,<br>v.<br><br>JOHN DOE LLC,<br>COLIN MILAM,<br>GREG DOTSON, and<br>BLACKHAWK MINING, LLC,<br><br><br>                    Defendants. | ADVERSARY PROCEEDING NO. 2:16-ap-02029<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>             Third-Party Plaintiff,<br><br>v.<br><br>GATEWAY EAGLE COAL COMPANY, LLC,<br><br>             Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-32493 (EDVA)** |
| **GATEWAY EAGLE COAL COMPANY, LLC,** | **CHAPTER 11** |
| **Debtor.** | **JUDGE KEITH L. PHILLIPS** |
| JON HATFIELD,<br><br>      Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>JOHN DOE LLC,<br>COLIN MILAM, and<br>GREG DOTSON,<br><br><br>      Defendants. | ADVERSARY PROCEEDING NO. 2:16-ap-02030<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>GATEWAY EAGLE COAL COMPANY, LLC,<br><br>      Third-Party Defendant. | |

| IN RE: | CASE NO. 15-32462 (EDVA) |
|---|---|
| **HOBET MINING, LLC,** | **CHAPTER 11** |
| Debtor. | **JUDGE KEITH L. PHILLIPS** |
| STEVEN GODBY,<br><br>                    Plaintiff,<br><br>v.<br><br>ERP COMPLIANT FUELS, LLC,<br>VIRGINIA CONSERVATION LEGACY<br>FUND, INC.,<br>ERP ENVIRONMENTAL FUND, INC.,<br>BENNY DIXON,<br>CHARLENE NECESSARY, and<br>DENNIS WELLMAN,<br><br>                    Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02033<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><div align="center">**Debtor.**</div> | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br>**JUDGE KEITH L. PHILLIPS** |
| THOMAS TAYLOR,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br>DALE SMITH,<br>SHAWN ENDICOTT, and<br>DEBRA VAUGHN,<br><br><div align="center">Defendants.</div> | ADVERSARY PROCEEDING NO.<br>2:16-ap-02034<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC, and<br>PANTHER CREEK MINING, LLC,<br><br><div align="center">Third-Party Plaintiffs,</div><br><br>v.<br><br>SPEED MINING, LLC,<br><br><div align="center">Third-Party Defendant.</div> | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>        **Debtor.** | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| DAVID MCENDREE,<br><br>        Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>JAMES LEMON,<br>DEBRA VAUGHN<br><br><br>        Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-02043<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br>        Cross-Claimant,<br>v.<br><br>SPEED MINING, LLC,<br><br>        Cross Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><div align="center">**Debtor.**</div> | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br>**JUDGE KEITH L. PHILLIPS** |
| GARY DEAL,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BLACKHAWK MINING, LLC,<br>SPEED MINING, LLC,<br>JAMES LEMON,<br>DEBRA VAUGHN<br><br><br><div align="center">Defendants.</div> | ADVERSARY PROCEEDING NO.<br>2:16-ap-2044<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br><br><div align="center">Cross-Claimant,</div><br>v.<br><br>SPEED MINING, LLC,<br><br><div align="center">Cross Defendant.</div> | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>          **Debtor.** | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| GARY VANMETER,<br><br>          Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br>DEBRA VAUGHN<br><br>          Defendants.<br><br> | ADVERSARY PROCEEDING NO.<br>2:16-ap-2045<br>CONSOLIDATED ACTION<br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br><br>          Third-Party Plaintiffs,<br>v.<br><br>SPEED MINING, LLC,<br><br>          Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>**Debtor.** | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| MICHAEL SPACK,<br><br>     Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br>DEBRA VAUGHN<br><br><br>   Defendants. | ADVERSARY PROCEEDING NO.<br>2:16-ap-2046<br>CONSOLIDATED ACTION<br><br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br><br>    Third-Party Plaintiffs,<br>v.<br><br>SPEED MINING, LLC,<br><br>    Third-Party Defendant. | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><div align="center">**Debtor.**</div> | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br>**JUDGE KEITH L. PHILLIPS** |
| KEITH REEVES,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BLACKHAWK MINING, LLC,<br>ROCKWELL MINING, LLC<br>COLIN MILAM<br>JUSTIN RAY<br>GREG DOTSONJAMES LEMON,<br>DEBRA VAUGHN<br><br><div align="center">Defendants.</div> | ADVERSARY PROCEEDING NO.<br>2:16-ap-2047<br>CONSOLIDATED ACTION<br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br>ROCKWELL MINING, LLC<br><br><div align="center">Third-Party Plaintiffs,</div><br>v.<br><br>APPALACHIA MINE SERVICES, LLC<br><br><div align="center">Third-Party Defendant.</div> | |

| | |
|---|---|
| **IN RE:**<br><br>**SPEED MINING, LLC,**<br><br><br>     **Debtor.** | **CASE NO. 15-32462 (EDVA)**<br><br>**CHAPTER 11**<br><br><br>**JUDGE KEITH L. PHILLIPS** |
| PAUL RICHARDSON,<br><br>     Plaintiff,<br>v.<br><br>BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br>DEBRA VAUGHN<br><br>     Defendants.<br><br><br> | ADVERSARY PROCEEDING NO.<br>2:16-ap-2048<br>CONSOLIDATED ACTION<br><br><br><br><br><br>JUDGE FRANK W. VOLK |
| BLACKHAWK MINING, LLC,<br>PANTHER CREEK MINING, LLC,<br><br>     Third-Party Plaintiff,<br>v.<br><br>SPEED MINING, LLC,<br><br>     Third-Party Defendant. | |

## <u>MEMORANDUM OPINION AND ORDER RESPECTING PENDING MOTIONS</u>

    The above-styled actions were removed on various dates beginning in February 2016 and concluding in mid-August 2016. It appears that the removals have now ceased. On June 27, 2016, the Court entered its "Order and Notice Respecting Consolidation," ("June Order") which joined these actions for purposes of adjudicating certain matters. The *Bolon* matter was designated as the lead case. The Court now **ORDERS** that the subsequently removed *McEndree*,

*Deal*, *Vanmeter*, *Spack*, *Reeves*, and *Richardson* matters be, and hereby are, consolidated with, and added as member cases to, the *Bolon* matter.

There are certain motions pending in each case.  The motions to remand and to amend were filed by the various Plaintiffs. The motions to transfer were filed by one or more Defendants:

| Case Style | Motion to Remand | Motion to Transfer | Motion to Amend Complaint |
|---|---|---|---|
| Bolon v. Blackhawk Mining, LLC, *et al.*, | 3/4/2016 | 2/16/2016 | 3/1/2016 |
| Smith v. Blackhawk Mining, LLC, *et al.*, | 3/4/2016 | 2/16/2016 | 3/1/2016 |
| Adkins v. Blackhawk Mining, LLC, *et al.*, | 3/4/2016 | 2/16/2016 | 3/1/2016 |
| Terherst v. Blackhawk Mining, LLC, *et al.*, | 3/4/2016 | 2/16/2016 | 3/1/2016 |
| Sizemore v. Blackhawk Mining, LLC *et al.*, | 3/7/2016 | 2/23/2016 | N/A |
| Smith v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 2/23/2016 | N/A |
| Fox v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 2/23/2016 | N/A |
| Barker v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Brown v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Downey v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Oiler v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Tedder v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Williams v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/3/2016 | N/A |
| Estep v. Doe LLC *et al.*, | 3/7/2016 | 3/7/2016 | N/A |
| Woods v. John Doe LLC, *et al.*, | 3/7/2016 | 3/7/2016 | N/A |
| Hatfield v. Blackhawk Mining, LLC, *et al.*, | 3/7/2016 | 3/7/2016 | N/A |
| Godby v. ERP Compliant Fuels, LLC, *et al.*, | 3/18/2016 | 3/23/2016 | N/A |
| Taylor v. Blackhawk Mining, LLC, *et al.*, | 3/22/2016 | 3/18/2016 | N/A |
| McEndree v. Blackhawk Mining, LLC, *et al.*, | N/A | 8/8/2016 | N/A |
| Deal v. Blackhawk Mining, LLC, *et al.*, | N/A | 8/8/2016 | N/A |
| Vanmeter v. Blackhawk Mining, LLC, *et al.*, | 8/19/2016 | 8/8/2016 | N/A |
| Spack v. Blackhawk Mining, LLC, *et al.*, | 8/19/2016 | 8/8/2016 | N/A |
| Reeves v. Blackhawk Mining, LLC, *et al.*, | 8/19/2016 | 8/8/2016 | N/A |
| Richardson v. Blackhawk Mining, LLC, *et al.*, | 8/19/2016 | 8/8/2016 | N/A |

The motions to amend are unopposed or within the time permitted for amendment as of right pursuant to Federal Rule of Civil Procedure 15(a)(1), as made applicable by Federal Rule of Bankruptcy Procedure 7015.  It is, accordingly, **ORDERED** that the motions to amend be, and hereby are, **GRANTED**.  It is further **ORDERED** that the proposed amended complaints be, and hereby are, filed today.

Also pending in the *Woods* and *Hatfield* matters are motions by Blackhawk Mining, LLC ("Blackhawk"), for leave to file limited surreply briefs.  It is **ORDERED** that the motions

be, and hereby are, **GRANTED**.  It is further **ORDERED** that the proposed surreplies be, and hereby are, filed today.

Respecting the motions to remand and transfer, the June Order disclosed that the Court would utilize solely the briefing in the *Bolon* matter. The June Order additionally provided as follows: "In the event that the parties desire to be further heard on that procedure, they may express their views in writing by filing a notice in the *Bolon* matter on or before July 1, 2016 . . . ." (Jun. Ord. at 20).  Blackhawk was the only party that responded, asserting pertinently as follows:

> [T]he Removed Actions involve similarly situated parties and arise from, in most instances, the same general facts. Joint administration and consolidation will preserve and save time, costs, and expenses for the Court and all parties involved.

(Resp. on Consolid. at 2).[1] Additionally, the Court notes that the motions to transfer in the *McEndree* and *Deal* actions are unopposed and no remand motions have been filed therein.

Inasmuch as the Court requires only the briefing in the *Bolon* matter to make the remand and transfer determinations, it is **ORDERED** that the remand and transfer motions in the following cases be, and hereby are, administratively terminated:

| Case Style |
| --- |
| Smith v. Blackhawk Mining, LLC, *et al.,* |
| Adkins v. Blackhawk Mining, LLC, *et al.,* |
| Terherst v. Blackhawk Mining, LLC, *et al.,* |
| Sizemore v. Blackhawk Mining, LLC *et al.,* |
| Smith v. Blackhawk Mining, LLC, *et al.,* |
| Fox v. Blackhawk Mining, LLC, *et al.,* |
| Barker v. Blackhawk Mining, LLC, *et al.,* |
| Brown v. Blackhawk Mining, LLC, *et al.,* |
| Downey v. Blackhawk Mining, LLC, *et al.,* |
| Oiler v. Blackhawk Mining, LLC, *et al.,* |
| Tedder v. Blackhawk Mining, LLC, *et al.,* |

---

[1]  Blackhawk added that the *Hatfield* and *Woods* matters included, in addition to alleged removal jurisdiction under 28 U.S.C. §§ 1334 and 1452, a separate basis for removal, namely, complete preemption under the Labor Management Relations Act, 29 U.S.C. § 185(a). To the extent that the Court determines it is necessary to consider whether complete preemption applies, it will consult the briefing in the *Hatfield* and *Woods* matters.

Blackhawk additionally noted that the *Godby* matter "does not involve Blackhawk or its affiliates and is not related to the cases against Blackhawk." (Resp. on Consolid. at 3). Inasmuch as the *Godby* removal is based upon the same Fourth Amended Joint Plan of Reorganization at issue in the other removed actions, consolidation is appropriate.

26

| |
|---|
| Williams v. Blackhawk Mining, LLC, *et al.,* |
| Estep v. Doe LLC *et al.,* |
| Woods v. John Doe LLC, *et al.,* |
| Hatfield v. Blackhawk Mining, LLC, *et al.,* |
| Godby v. ERP Compliant Fuels, LLC, *et al.,* |
| Taylor v. Blackhawk Mining, LLC, *et al.,* |
| |
| |
| Vanmeter v. Blackhawk Mining, LLC, *et al.,* |
| Spack v. Blackhawk Mining, LLC, *et al.,* |
| Reeves v. Blackhawk Mining, LLC, *et al.,* |
| Richardson v. Blackhawk Mining, LLC, *et al.,* |

The Court deems the matters submitted.  It is the Court's expectation to enter rulings in the lead *Bolon* matter on or before September 28, 2016.

The Clerk is directed to transmit a copy of this Order to all counsel and parties entitled to notice.